Circuit Court for Carroll County
Case No. 03-C-08-012713
Argued: 3/2/15

IN THE COURT OF APPEALS OF MARYLAND


No. 92


September Term, 2014

---

KATHY FULLER, et al.


v.


REPUBLICAN CENTRAL COMMITTEE OF
CARROLL COUNTY, MARYLAND

---

Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

                      JJ.

---

PER CURIAM ORDER

---

Filed: March 2, 2015

---

KATHY FULLER, et al.       \*     IN THE

                              \*     COURT OF APPEALS

       v.                   \*     OF MARYLAND

                              \*     No. 92

REPUBLICAN CENTRAL COMMITTEE    \*     September Term, 2014
OF CARROLL COUNTY, MARYLAND

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 2nd day of March, 2015,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Carroll County be, and it is hereby, affirmed, and it is further

ORDERED, that the temporary restraining Order issued in this Court be, and it is hereby, lifted, and it is further

ORDERED, costs in this Court to be paid by Appellants.

                            /s/ Mary Ellen Barbera
                                  Chief Judge